ACCEPTED
05-18-00091-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/27/2018 2:23 PM
LISA MATZ
CLERK

**05-18-00091-CV**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
03/27/2018 2:23:17 PM
LISA MATZ
Clerk

## IN THE COURT OF APPEALS FOR THE FIFTH COURT OF APPEALS DISTRICT OF TEXAS AT DALLAS

### IN THE INTEREST OF B.N.G. AND G.J.G., MINOR CHILDREN

**From the 401st District Court, Collin County Texas**
**The Honorable Mark Rusch, Presiding**
**Trial Court No. 401-56335-2014**

### APPELLANT NASH JESUS GONZALES'S
### UNOPPOSED MOTION TO EXTEND TIME TO FILE HIS BRIEF

TO THE HONORABLE COURT OF APPEALS:

This is Appellant Nash Jesus Gonzales's Unopposed Motion to Extend Time to File his Appellant's Brief by which he requests a 28-day extension of time in which to file his Brief. TEX. R. APP. P. 10.5(b), 38.6(d). In support of this request, Appellant would show the Court the following:

1.  The deadline for filing the Appellant's Brief was Friday, March 23, 2018;

2.  The length of the extension sought is twenty-eight days to Friday, April 20, 2018;

3.  Appellant reasonably need the extension of time for the following reasons.

    Appellant need the additional time because the undersigned attorney, the lawyer responsible for drafting the Brief, was unable to devote the necessary

Appellant Nash Jesus Gonzales's Unopposed
Motion to Extend Time to File His Brief

time to complete it before it is due to be filed. The Clerk's Record was filed on February 21, 2018. Since that time, Counsel has prepared for and taken one lengthy depositions and prepared for and attended two day-long mediations. In addition, more than a week of the time allowed for the preparation of the Appellant's Brief was lost to the Spring Break holiday period. And another work day was lost to counsel's involvement in the DBA's High School Mock Trial competition.

As a result of these and other time-consuming matters that are less readily identifiable because they do not consume large blocks of time individually but do when taken together, Counsel was unable to devote the time necessary to preparing Appellant Nash Gonzales's Appellant's Brief and needs the additional time past the due date to prepare the Brief among the other matters pending on Counsel's docket in the next several weeks.

4.      No previous extension regarding the deadline for filing the Appellant's Brief has been sought or granted.

5.      As reflected in the Certificate of Conference, this relief is unopposed by Appellee.

For these reasons, Appellant Nash Gonzales request that this Court grant an extension of twenty-eight days, to and including Friday, April 20, 2018 for filing his Appellant' Brief.

Respectfully submitted,
/s/ Thomas B. Cowart
Thomas B. Cowart
Texas Bar No. 00787295
Lenahan Law Firm
2655 Villa Creek, Suite 204
Dallas, Texas 75234
Phone: 214-295-1008
Fax: 214-295-2664
tom@tcowart.com

Attorneys for Appellant Nash Jesus Gonzales

## CERTIFICATE OF CONFERENCE

By my signature here, I certify that I conferred with Billy McGill, counsel for Appellee Marissa Ann Maggio by an exchange of emails. Counsel advised me that his client is unopposed to the requested relief.

/s/ Thomas B. Cowart
Thomas B. Cowart

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018 a true and correct copy of this Appellant Nash Jesus Gonzales's Motion to Extend Time to File His Brief has been served through the efiling system to:

Billy McGill
3400 Carlisle, Suite 200
Dallas, Texas 75204
Phone: (817) 692-2701
Fax: (214) 969-5522
Email: billymcgill@osburnlaw.com

Attorney for Appellee Marissa Ann Maggio

/s/ Thomas B. Cowart
Thomas B. Cowart